UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. SA-07-CR-0549(1)-OG |
| GENE DALE GUERRERO | § § | |

**<u>MOTION TO WITHDRAW</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW GENE DALE GUERRERO, one of the Defendants in the above styled and numbered cause, and respectfully moves this Honorable Court to allow the undersigned counsel to withdraw ad counsle of record and as grounds therefor would show the Court as follows:

I.

The undersigned counsel has been appointed as counsel of record and is unable to take this appointment since counsel's docket is too full to take this additional court appointed case.

II.

Counsel therefore requests that counsel be skipped in the rotation and that the next court appointed counsel in line be appointed in this cause.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that this motion be granted, and the undersigned counsel be allowed to withdraw and other counsel be appointed.

Respectfully submitted,

LAW OFFICE OF MICHAEL C. GROSS, P.C.

/s/ Michael C. Gross
Michael C. Gross
State Bar No. 08534480
106 South St. Mary's Street, Suite 260
San Antonio, Texas 78205
(210) 354-1919
(210) 354-1920 (Fax)

Attorney for the Defendant,
GENE DALE GUERRERO

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Jim Blankenship, Assistant United States Attorney, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216, and I certify that there are no non-CM/ECF participants.

/s/ Michael C. Gross

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | NO. SA-07-CR-0549(1)-OG |
| GENE DALE GUERRERO | § § | |

**<u>ORDER</u>**

The Defendant's Motion to Withdraw is hereby granted. Michael C. Gross is allowed to withdraw as counsel of record and is hereby relieved of all duties as counsel of record in this cause.

Signed on the _____ day of _____ 2010.

_____
JUDGE PRESIDING