UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

MAR 1 1 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:07-CR-00549(1)-H |
| | § | |
| (1) Gene Dale Guerrero | § | |

# EXHIBITS
## admitted during motion to suppress hearing

| Exhibit | Description | Date Admitted |
|---|---|---|
| Gov't 1 | Search warrant and affidavit dated 8/27/2007 | 3/11/11 |
| Dft 1 | Page 3 of Gov't exhibit 1 | 3/11/11 |
| Dft 3 | Copy of Magistrate's Warrant Log | 3/11/11 |